UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFONTE ASHBY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTO WALTON,<br><br>    Defendant(s). | Case No. 23-cv-02968-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On November 24, 2023, the post office returned the court's mail to plaintiff as undeliverable and unable to forward.  ECF No. 8 at 1.  Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 29, 2024

CHARLES R. BREYER
United States District Judge